IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SILFORD JORDAN, IV**  **PLAINTIFF**
**#164726**

V.                     Case No. 4:24-CV-00625-LPR

**ERIC HIGGINS, Pulaski County Sheriff, Pulaski County Regional Detention; NELSON, Jail Administrator, Pulaski County Regional Detention; and BARRY HYDE, Quorum Court Judge, Pulaski County Quorum Court**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 8). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) is hereby DISMISSED without prejudice for lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of November 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE